**LAW OFFICE OF RESHMA KAMATH**

Reshma Kamath, Cal. Bar No. 333800
Phone: 650 257 0719   |
E-mail:   reshmakamath2021@gmail.com   |
Address:  P.O. Box 2792, Yuma, AZ 85366
For Defendants Zhigao Dai and non-party, Lilin Shi

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKLEE CORPORATION, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> DIRECT VITAMINS., et al., <br><br> Defendants. | Case No.: 19-cv-05533-MMC <br><br> [*Assigned for all purposes to Senior District Judge Hon. Maxine M. Chesney*] <br><br> DECLARATION OF LILIN SHI IN SUPPORT OF THE OPPOSITION TO PLAINTIFF'S MOTION TO RE-OPEN CASE TO INITIATE CONTEMPT PROCEEDINGS <br><br> <u>Hearing</u> <br><br> Date:   5/13/2022 <br> Time:   09:00 AM <br> Dep't: San Francisco, Courtroom 07, 19th Floor |

Case No. 19-cv-05533-MMC

## DECLARATION OF LILIN SHI

I, Lilin Shi, declares as follows:

1. I am a non-party in the above-captioned case.

2. I am fully familiar with the facts set forth herein, and could and would competently testify

3. as to the facts, thereto.

4. I'm over the age of 18 years.

5. I'm a natural person that resides at 21702 Luke Place, Bayside Hills, NY 11364.

6. I submit this affidavit in opposition to Plaintiff's motion to reopen case to initiate contempt proceedings.

7. The exhibits attached to this affidavit are true and accurate copies of the documents cited herein.

8. On February 18, 2022, Plaintiff filed Notice of Motion and Memorandum in support of Motion to Reopen case to initiate contempt proceedings, for an order to show cause, to impose contempt sanctions, to take discovery in aid of proceedings, and to modify this Court's injunction.

9. The Stipulated Injunction on July 9, 2020 prohibited defendants including any employee, agent, or other person acting at their direction or on their behalf to acquire and sell Shaklee Products.

10. I do not have knowledge about the Stipulated Injunction.

11. Plaintiff alleged that Zhigao Dai and I are working together to acquire Shaklee Products and sell them. Plaintiff alleged that 8006 47th Ave, Apt 5J, Elmhurst NY 11373 is my residence.

12. I do not live in the property at 8006 47th Ave, Apt 5J, Elmhurst NY 11373, nor have any ownership or interest in that property. As a matter of fact, a copy of the public record of

deed shows that the owner of the property is not me. A true and correct copy of the deed is hereto attached and incorporated via reference, herein, as **Exhibit A**.

13. Moreover, Plaintiff alleged that Vorys uses a third-party software tool which is a reasonably reliable source of monitoring Amazon sales. Such allegation is without foundation either. Plaintiff also alleged that Amazon sellers must provide reliable email address to Amazon. The emails provided by Plaintiff are fanglinhu1110@gmail.com and yingyingwang19802@gmail.com, neither of which belongs to me.

14. For my residence of 21702 Luke Place, Bayside Hills, NY 11364, although I live in this property, it is a shared property with a couple of other roommates. I do not have exclusive control of the property. I also do not have exclusive control of the alleged shipped packages.

15. I do not have knowledge about the Stipulated Injunction and stipulation agreement both parties had reached.  Accordingly, it cannot be concluded that I am engaged in the commercial scheme.

16. **WHEREFORE**, I respectfully pray the court deny the Plaintiff's Motion to reopen case to initiate contempt proceedings in its entirety and any further relief the courts deems just and proper.

///

I declare under penalty of perjury that the foregoing statements are true and correct under the laws of the United States, and the state of California. Executed in City of New York, County of New York, on April 06, 2022.

Sworn to before me this 6 day

of April , 2022

_____
Lilin Shi

_____
Notary Public

MICHAEL LAU
Notary Public, State of New York
Reg. No. 01LA6306497
Qualified in Queens County
Commission Expires 06/23/2022

# CERTIFICATE OF SERVICE

**F.R.C.P. 5 / C.C.P. § 1013(a)(3), C.C.P. § 1010.6(a)(6) /Cal. R. Ct. R. 2.260/**

**Civil Local Rules 5-5, 7-2, 7-8**

I am over the age of 18, and not a party to this action. My mailing address is: P.O. Box 2792, Yuma, Arizona, 85366. On April 06, 2022, I sent from the following documents via below method of service. SEE ATTACHED SERVICE LIST.

PROOF OF SERVICE FOR: DECLARATION OF LILIN SHI IN SUPPORT OF THE OPPOSITION TO PLAINTIFF'S MOTION TO RE-OPEN CASE TO INITIATE CONTEMPT PROCEEDINGS

*Via* ELECTRONIC SERVICE: In electronically transmitting courtesy copies of the document(s) listed above to the email address(es) of the person(s) set forth on the attached service list per the electronic service agreement between the parties' counsel. To my knowledge, the transmission was reported as complete and without error. [Notice of Electronic-Service pursuant to California Code of Civil Procedure § 1010.6.

Via UNITED STATES MAIL SERVICE: In enclosing the documents in a sealed envelope or package addressed to the persons at the addresses below in depositing the sealed envelope with the United States Postal Service, with the postage fully pre-paid.   [only Fanglin Hu]

I declare under penalty of perjury of the laws of the State of California, and the laws of the United States of America that the foregoing is true and correct. Executed on April 06, 2022.

*Sincerely*,

*/S/ Reshma Kamath*

Reshma Kamath

**SERVICE LIST**

VIA this Court's ECF system:

Adam C. Sherman

VORTS, SATER, SEYMOUR AND PEASE LLP

301 East Fourth Street, Suite 3500

Cincinnati, Ohio 45202

Tel: 513-723-4680

Fax: 513-852-8468

Email: acsherman@voorys.coom

Louis Klein

The Kasen Law Firm, PLLC

136-20 38th Avenue, Suite 3C

Flushing, NY 11354

718-337-8012

l_klein1@yahoo.com

1  Daniel Eal Young Park

2
3  Daniel E. Park Law Corporation

4
5  925 N. Labrea Avenune, 4th Floor

6  West Hollywood, CA 90038

7
8  (213) 336-3767

9
10  Fax 818-479-9958

11
12  dpark@parklawcorp.com

13

14

15  LAW OFFICE OF RESHMA KAMATH

16

17  Reshma Kamath, Cal. Bar No. 333800

18
19  Phone: 650 257 0719 | Fax: 833-233-1327 |

20
21  E-mail: reshmakamath2021@gmail.com |

22  Address: P.O. Box 2792, Yuma, AZ 85366

23  Local Co-Counsel for Defendants

24

25

26

27

28

**EDWARD MILLER,** *pro hac vice* admission

401 Broadway, Suite 409,

New York, NY 10013,

Tel: (212) 965-8686

For Defendants Zhigao Dai and Lilin Shi

VIA first class mail:

Fanglin Hu

4927 168th Street

Fresh Meadows, NY 11365

